| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Vyskocil, Mary Kay | **2. Court or Organization**<br><br>US Bankruptcy Court for the Southern District of New York | **3. Date of Report**<br><br>10/24/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 1004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner in Law Firm (retired March 31, 2016) | Simpson Thacher & Bartlett LLP |
| 2. | President Elect | Federal Bar Council |
| 3. | Director | Sanctuary for Families |
| 4. | Trustee | St. Joseph's Seminary |
| 5. | Trustee Emerita | Dominican College |
| 6. | Director, Vice President and Executive Committee Member | Judges and Lawyers Breast Cancer Alert ("JALBCA") |
| 7. | Trustee | Historical Society of New York Courts |
| 8. | Vice President | New York American Inn of Court |
| 9. | Director/ President Emeritus | St. John's University School of Law Alumni Association |
| 10. | Director and Vice President | NYC Co-op Board |
| 11. | Trustee and Clerk | Cape Cod Condo Board |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vyskocil, Mary Kay** | 10/24/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | Simpson Thacher & Bartlett -- Retirement Plan under partnership Agreement (with former law firm)--Unfunded Pension Plan and equity payout |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Simpson Thacher & Bartlett LLP --Partner Draw & Pension | $1,935,906.00 |
| 2. 2017 | Roaring Fever LLC--New York State Breeders Awards | $8,603.87 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Bankruptcy Trustees | March 1-4, 2017 | San Juan, Puerto Rico | Panelist at educational seminar | Airfare |
| 2. | American Bankruptcy Institute | May 4-5, 2017 | Mashantucket, CT | Speaker at bankruptcy seminar | Hotel, mileage and lunch |
| 3. | Mid Hudson Valley Bankruptcy Association | September 7-8, 2017 | Hyde Park, NY | Speaker at consumer bankruptcy seminar | Hotel and mileage |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 425 Private Fund I, LLC | E | Dividend | N | T | | | | | |
| 2. CTC Madison Fund at Millenium Trust - IRA | | None | J | T | | | | | |
| 3. STB, LLP PROFIT SHARING PLAN- FIDELITY (H) | | | | | | | | | |
| 4. WT CIF II CR PL BD 1 | A | Dividend | J | T | | | | | |
| 5. FID 500 Index Inst | | None | | | Sold | 04/03/17 | P1 | G | |
| 6. TRP Equity Income | E | Dividend | M | T | | | | | |
| 7. MIP II CL 2 | A | Dividend | J | T | | | | | |
| 8. Rothschild SMCP Core | | None | K | T | Buy | 04/03/17 | K | | |
| 9. FID 500 Index IPR | E | Dividend | P1 | T | Buy | 04/03/17 | P1 | | |
| 10. Champlain Midcap Inst | | None | | | Sold | 04/03/17 | K | C | |
| 11. STB SUPP PROFIT SHARING PLAN- FIDELITY (H) | | | | | | | | | |
| 12. WT CIF II CR PL BD 1 | A | Dividend | K | T | | | | | |
| 13. FID 500 Index Inst | | None | | | Sold | 04/03/17 | P1 | G | |
| 14. TRP Equity Income | E | Dividend | M | T | | | | | |
| 15. MIP II CL 2 | A | Dividend | J | T | | | | | |
| 16. FID Intm Govt Income | A | Dividend | J | T | | | | | |
| 17. Rothschild SMCP Core | | None | L | T | Buy | 04/03/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FID 500 Index IPR | E | Dividend | P1 | T | Buy | 04/03/17 | P1 | | |
| 19. Champlain Midcap Inst | | None | | | Sold | 04/03/17 | L | D | |
| 20. MERRILL LYNCH HSA (H) | | | | | | | | | |
| 21. Black Rock Global FD Inc A | A | Dividend | J | T | | | | | |
| 22. ML Bank Deposit Program | A | Interest | K | T | | | | | |
| 23. Black Rock S&P 500 Index n/k/a IShares S&P 500 Index | D | Dividend | J | T | | | | | |
| 24. Black Rock Global FD Inc C (X) | A | Dividend | K | T | | | | | |
| 25. TRANSAMERICA IRA (H) | | | | | | | | | |
| 26. TFLIC Fixed | A | Dividend | J | T | | | | | |
| 27. Transamerica Partners Large Growth | C | Dividend | J | T | | | | | |
| 28. JP Morgan Chase - Cash Accounts | A | Interest | N | T | | | | | |
| 29. Citibank, N.A. - Cash Accounts | D | Interest | P2 | T | | | | | |
| 30. People's United Bank- Cash Accounts | C | Interest | P1 | T | | | | | |
| 31. Western Asset NY Tax- Free MMF CL N | A | Dividend | M | T | | | | | |
| 32. FIDELTY IRA (H) | | | | | | | | | |
| 33. Vanguard 500 Index Fund Investors Shares | E | Dividend | K | T | | | | | |
| 34. FIDELITY BROKERAGE #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Growth Fund of America, Class F1 | G | Dividend | N | T | | | | | |
| 36. Dodge & Cox Stock | G | Dividend | N | T | | | | | |
| 37. Fidelity NY AMT Free MMKT Inst Class | B | Dividend | M | T | | | | | |
| 38. Fidelity NY Muni Money Market Fund | D | Dividend | P1 | T | | | | | |
| 39. Royce Total Return Fund Investment Class | F | Dividend | N | T | | | | | |
| 40. Fidelity 500 Index Premium Class | G | Dividend | M | T | | | | | |
| 41. SPDR S&P Midcap 400 ETF TR UT SER1 | G | Dividend | N | T | | | | | |
| 42. Tweedy Browne Global Value Fund | F | Dividend | N | T | | | | | |
| 43. Vanguard 500 Index Fund Investor Shares | E | Dividend | K | T | | | | | |
| 44. Baron Growth Fund | G | Dividend | N | T | | | | | |
| 45. Fidelity Government Money Market Fund | A | Dividend | J | T | | | | | |
| 46. FIDELITY BROKERAGE #2 (H) | | | | | | | | | |
| 47. American Beacon Large Cap Investor | D | Dividend | K | T | | | | | |
| 48. American Europacific Growth Fund Class F2 | D | Dividend | K | T | | | | | |
| 49. Deutsche NY Tax Free Income Fund | E | Dividend | N | T | Buy (add'l) | 10/27/17 | J | | |
| 50. Deutsche Short-Term Muni Bond Fund S | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 51. Fidelity Government Cash Reserves Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Advisor New Insights Class 1 | E | Dividend | L | T | | | | | |
| 53. Fidelity Municipal Income Fund | E | Dividend | M | T | Buy (add'l) | 01/31/17 | J | | |
| 54. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 55. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 56. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 57. FIMM Government Portfolio Instl CL | B | Dividend | M | T | Buy (add'l) | 01/30/17 | J | | |
| 58. | | | | | Buy (add'l) | 04/05/17 | K | | |
| 59. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 60. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 61. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 62. Harbor International Institutional Fund | C | Dividend | J | T | Sold (part) | 06/13/17 | J | B | |
| 63. | | | | | Sold (part) | 08/23/17 | J | A | |
| 64. IShares Russell 1000 Growth ETF | C | Dividend | J | T | Sold (part) | 04/10/17 | J | A | |
| 65. | | | | | Sold (part) | 08/25/17 | J | A | |
| 66. ISHARES S&P Smallcap 600 Value | C | Dividend | J | T | | | | | |
| 67. ISHARES Russell 1000 Value ETF | E | Dividend | L | T | Sold (part) | 08/25/17 | J | A | |
| 68. MFS International Diversification Fund | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS International Value Fund | D | Dividend | K | T | Sold (part) | 06/13/17 | J | A | |
| 70. MFS Research International Fund | B | Dividend | J | T | | | | | |
| 71. Morgan Stanley Global Real Estate Portfolio | | None | | | Sold | 01/31/17 | K | D | |
| 72. Nuveen NY Municipal Bond Fund | E | Dividend | M | T | | | | | |
| 73. Oppenheimer International Growth Fund | B | Dividend | J | T | Sold (part) | 04/06/17 | J | A | |
| 74. Royce PA Mutual Fund Service | B | Dividend | J | T | | | | | |
| 75. Sector SPDR Trust Shares Ben Int Financial | D | Dividend | K | T | | | | | |
| 76. SPDR S&P 500 ETF Trust SER1 | F | Dividend | L | T | | | | | |
| 77. T. Rowe Price Tax Free High Yield Adv | C | Dividend | L | T | Buy (add'l) | 10/27/17 | J | | |
| 78. Victory RS Small Cap Growth | D | Dividend | J | T | | | | | |
| 79. Wells Fargo Special Mid Cap Administration Fund | D | Dividend | K | T | | | | | |
| 80. Wells Fargo Muni Bond Fund- Administration Class | D | Dividend | M | T | | | | | |
| 81. Wells Fargo Ultra Short Term Muni Income Fund | C | Dividend | N | T | Sold (part) | 04/06/17 | K | | |
| 82. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 83. Janus Henderson Enterprise | B | Dividend | J | T | Buy | 01/31/17 | J | | |
| 84. Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 85. IShares Inc. Core MSCI Emerging Markets | B | Dividend | J | T | Buy | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MORGAN STANLEY #1 (H) | | | | | | | | | |
| 87. ABBVIE, Inc. | B | Dividend | K | T | | | | | |
| 88. Allstate Corp | A | Dividend | K | T | | | | | |
| 89. Apple | A | Dividend | K | T | | | | | |
| 90. Bank of NY Mellon Corp | A | Dividend | K | T | | | | | |
| 91. Chevron Corp | B | Dividend | K | T | | | | | |
| 92. Coach, Inc | B | Dividend | | | Sold | 10/06/17 | K | C | |
| 93. Costar Group, Inc. | | None | K | T | | | | | |
| 94. CVS Health Corp | A | Dividend | | | Sold | 07/24/17 | K | | |
| 95. Fedex Corp | A | Dividend | K | T | | | | | |
| 96. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 97. Microsoft, Corp | A | Dividend | L | T | Buy (add'l) | 02/03/17 | J | | |
| 98. PVH Corporation | A | Dividend | K | T | Buy (add'l) | 06/20/17 | J | | |
| 99. Republic Services, Inc. | A | Dividend | K | T | | | | | |
| 100. Starbucks Corporation | A | Dividend | K | T | | | | | |
| 101. Tiffany & Co n/k/a Tiffany & Company New | A | Dividend | K | T | Buy (add'l) | 06/20/17 | J | | |
| 102. Unitedhealth Group, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Visa, Inc. | A | Dividend | K | T | | | | | |
| 104. Mylan NV | | None | | | Sold | 06/20/17 | K | | |
| 105. Palo Alto Networks, Inc. | | None | | | Buy | 02/03/17 | K | | |
| 106. | | | | | Sold | 06/27/17 | K | | |
| 107. | | | | | Sold | 06/27/17 | J | | |
| 108. Berkshire Hathaway Class B | | None | K | T | Buy (add'l) | 02/03/17 | J | | |
| 109. | | | | | Sold (part) | 07/27/17 | J | B | |
| 110. Dunkin Brands Group | A | Dividend | K | T | | | | | |
| 111. Facebook, Inc. | | None | L | T | Buy (add'l) | 02/03/17 | J | | |
| 112. Guess, Inc. | | None | | | Sold | 03/20/17 | K | | |
| 113. Honeywell International | | None | | | Sold | 02/03/17 | K | C | |
| 114. International Paper Co. | B | Dividend | K | T | | | | | |
| 115. Intuitive Surgical, Inc. | | None | | | Sold | 02/03/17 | K | D | |
| 116. Lockheed Martin Corp | | None | | | Sold | 02/03/17 | K | C | |
| 117. Alphabet, Inc. | | None | | | Sold | 10/06/17 | K | D | |
| 118. Hormel Foods Corp | A | Dividend | K | T | Buy | 07/27/17 | K | | |
| 119. Morgan Stanley Bank, N.A. - Cash Account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Adobe Systems | | None | K | T | Buy | 02/03/17 | K | | |
| 121. Autonation, Inc | | None | K | T | Buy | 07/24/17 | K | | |
| 122. Freeport-McMoran CL-B | | None | K | T | Buy | 03/20/17 | K | | |
| 123. Intel Corp | A | Dividend | K | T | Buy | 10/6/17 | K | | |
| 124. MORGAN STANLEY #2 (H) | | | | | | | | | |
| 125. Bank of America Corp. | C | Dividend | L | T | | | | | |
| 126. JP Morgan Chase Co. | C | Dividend | L | T | | | | | |
| 127. Morgan Stanley | C | Dividend | L | T | | | | | |
| 128. Wells Fargo & Co. | C | Dividend | L | T | | | | | |
| 129. General Motors Co. - Bond | B | Interest | L | T | | | | | |
| 130. Goldman Sachs Group - Bond | B | Interest | L | T | | | | | |
| 131. HCA, Inc. - Bond | B | Interest | L | T | | | | | |
| 132. Hewlett-Packard - Bond | B | Interest | L | T | | | | | |
| 133. ICahn Enterprises - Bond | A | Interest | | | Sold | 02/17/17 | L | | |
| 134. JP Morgan Chase CD | A | Interest | K | T | | | | | |
| 135. Microsoft Corp. - Bond | A | Interest | L | T | | | | | |
| 136. Morgan Stanley Bank, N.A. - Cash Account | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley Private Bank, N.A. - Cash Account | A | Interest | K | T | | | | | |
| 138. Pitney Bowes, Inc. - Bond | B | Interest | | | Sold | 10/05/17 | L | | |
| 139. SL Green Realty Co. - Bond | B | Interest | L | T | | | | | |
| 140. United Technologies - Bond | A | Interest | K | T | | | | | |
| 141. Verizon Communications - Bond | B | Interest | | | Sold | 11/30/17 | L | | |
| 142. Ally Financial, Inc - Bond | A | Interest | L | T | | | | | |
| 143. American Airlines Group - Bond | B | Interest | L | T | | | | | |
| 144. General Motors Financial Co. - Bond | B | Interest | L | T | | | | | |
| 145. Conagra Foods, Inc. - Bond | B | Interest | L | T | | | | | |
| 146. Newell Rubermaid, Inc. - Bond | B | Interest | L | T | | | | | |
| 147. Nucor Corp - Bond | B | Interest | L | T | | | | | |
| 148. Diamond 1 Finance Corp - Bond | C | Interest | L | T | | | | | |
| 149. Freeport-McMoran C & G - Bond | A | Interest | K | T | Buy | 04/28/17 | K | | |
| 150. Brinker International, Inc - Bond | B | Interest | K | T | Buy | 04/28/17 | K | | |
| 151. Kinder Morgan Energy Partners, LP - Bond | A | Interest | L | T | Buy | 04/28/17 | L | | |
| 152. Cincinnati Bell, Inc - Bond | | None | K | T | Buy | 11/15/17 | K | | |
| 153. American Axle & MFG, Inc - Bond | B | Interest | L | T | Buy | 05/19/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Energy Transfer Partners, LP - Bond | B | Interest | K | T | Buy | 07/05/17 | K | | |
| 155. Teva Pharmaceutical - Bond | A | Interest | | | Buy | 10/10/17 | K | | |
| 156. | | | | | Sold | 12/27/17 | K | | |
| 157. MERRILL LYNCH (H) | | | | | | | | | |
| 158. Blackstone Group, L.P. | D | Dividend | M | T | | | | | |
| 159. PJT Partners, Inc. | A | Dividend | J | T | | | | | |
| 160. Global Crossing | | None | J | W | | | | | |
| 161. Asia Global Crossing | | None | J | W | | | | | |
| 162. Merrill Lynch - Cash Accounts (X) | | None | L | T | | | | | |
| 163. JP MORGAN CHASE BANK - IRA (H) | | | | | | | | | |
| 164. Primecap Odyssey Stock Fund | C | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 165. SPDR S&P 500 ETF Trust | D | Dividend | | | Buy (add'l) | 01/09/17 | K | | |
| 166. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 167. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 168. | | | | | Buy (add'l) | 06/29/17 | K | | |
| 169. | | | | | Sold | 10/24/17 | N | F | |
| 170. Diamond Hill Large Cap Fund | C | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 172. Vulcan Value Partners Fund | C | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 173. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 174. Blackrock Funds Midcap Index | A | Dividend | | | Buy (add'l) | 01/09/17 | J | | |
| 175. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 176. | | | | | Sold (part) | 05/09/17 | J | A | |
| 177. | | | | | Sold | 06/29/17 | L | D | |
| 178. AMG Managers Picket INTL Fund | D | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 179. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 180. Artisan International Fund | D | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 181. Causeway International Value Fund | D | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 182. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 183. Brown Adv Japan Alpha Opportunity Fund | B | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 184. | | | | | Sold (part) | 05/18/17 | J | A | |
| 185. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 186. Blackrock MSCI World Index Fund n/k/a IShares Inc MSCI DEV WLD IDX-K | E | Dividend | L | T | Buy (add'l) | 01/09/17 | J | | |
| 187. | | | | | Buy (add'l) | 01/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 189.  Cash - JP Morgan Chase Bank, NA | B | Interest | M | T | | | | | |
| 190.  Dodge & Cox Income Fund | C | Dividend | L | T | Buy (add'l) | 01/09/17 | J | | |
| 191. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 192. | | | | | Buy (add'l) | 04/17/17 | K | | |
| 193. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 194. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 195.  Metropolitan West Fund | B | Dividend | K | T | Buy (add'l) | 01/09/17 | J | | |
| 196. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 197. | | | | | Buy (add'l) | 11/17/17 | K | | |
| 198. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 199.  Vanguard Total Bond Market Index Fund | C | Dividend | M | T | Sold (part) | 04/11/17 | M | | |
| 200. | | | | | Sold (part) | 04/18/17 | K | A | |
| 201. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 202. | | | | | Buy (add'l) | 11/24/17 | K | | |
| 203.  Lord Abbett Investment Long Term n/k/a Lord Abbett Short Duration, Inc | B | Dividend | K | T | Buy (add'l) | 01/09/17 | J | | |
| 204. | | | | | Buy (add'l) | 01/25/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/10/17 | J | | |
| 206. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 207. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 208. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 209. PIMCO Fund PAC Inv MGMT Series High Yield Fund | C | Dividend | K | T | Buy (add'l) | 01/09/17 | J | | |
| 210. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 211. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 212. | | | | | Sold (part) | 09/28/17 | J | A | |
| 213. | | | | | Sold (part) | 11/17/17 | J | A | |
| 214. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 215. Vanguard Short-Term Tips | A | Dividend | K | T | Buy (add'l) | 01/09/17 | J | | |
| 216. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 217. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 218. T. Rowe Price Emerging Markets Bond Fund | B | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 219. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 220. John Hancock Income Fund | A | Dividend | | | Buy (add'l) | 01/09/17 | J | | |
| 221. | | | | | Sold (part) | 04/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 20

Name of Person Reporting

Vyskocil, Mary Kay

Date of Report

10/24/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 07/03/17 | K | A | |
| 223. Fidelity 500 Index FD-AI | E | Dividend | N | T | Buy | 10/24/17 | N | | |
| 224. | | | | | Buy (add'l) | 11/24/17 | K | | |
| 225. IShares MSCI EAFEINTIL Index Fd | E | Dividend | M | T | Buy | 01/09/17 | J | | |
| 226. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 227. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 228. | | | | | Buy (add'l) | 06/30/17 | L | | |
| 229. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 230. Vanguard Total Intl Bond-Adm | C | Dividend | M | T | Buy | 01/09/17 | K | | |
| 231. | | | | | Buy (add'l) | 01/25/17 | K | | |
| 232. | | | | | Buy (add'l) | 04/18/17 | M | | |
| 233. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 234. | | | | | Buy (add'l) | 11/24/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vyskocil, Mary Kay | 10/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"Western Asset Managed Muni Fund" was included on the Amended 2016 FIDO Report, Line 91. This security was sold and completely disposed of on 12/14/16 and no longer held or owned during the period covered by this report.

The asset listed on line 24, Black Rock Global FD Inc C is now reportable. The stock was issued as a result of a stock split.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Kay Vyskocil**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544